1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESSE L. YOUNGBLOOD,                      No.  1:19-cv-01179-DAD-JLT (PC)

12                  Plaintiff,

13          v.                                 ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND ORDERING
14   ESQUERRA, *Correctional Officer at*       PLAINTIFF TO PAY THE REQUIRED
     *Corcoran State Prison*, et al.,          FILING FEE IN ORDER TO PROCEED
15                                             WITH THIS ACTION
                  Defendants.
16                                             (Doc. Nos. 4, 5)

17

18

19          Plaintiff Jesse L. Youngblood is a state prisoner proceeding *pro se* in this civil rights action

20   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

21   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22          On February 10, 2020, the assigned magistrate judge issued findings and recommendations,

23   recommending that plaintiff be ordered to pay the required filing fee in full.  (Doc. No. 4.)  The

24   magistrate judge concluded that because plaintiff has accumulated at least three prior "strikes"

25   under the Prison Litigation Reform Act ("PLRA") and had nor alleged facts indicating that he was

26   in imminent danger of serious physical injury at the time he filed his complaint, he is not eligible

27   /////

28   /////

                                             1

to proceed *in forma pauperis*.[1]  (*Id.* at 1–3.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  On February 24, 2020, plaintiff filed both a motion for an extension of time to file objections and his objections to the pending findings and recommendations.  (Doc. Nos. 5, 6.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

    In his objections, plaintiff simply restates his belief that he is entitled to proceed *in forma pauperis* in this action but fails to present any facts or analysis that meaningfully respond to the magistrate judge's reasoned analysis regarding his ineligibility to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915(g).

    Accordingly,

1.  Plaintiff's motion for an extension of time to file objections (Doc. No. 5) is granted and his objections (Doc. No. 6) are, accordingly, deemed timely;

2.  The findings and recommendations issued on February 10, 2020 (Doc. No. 4) are adopted in full; and

3.  Plaintiff is ordered to pay the required $400.00 filing fee within thirty (30) days of service of this order.  Any failure to do so will result in the dismissal of this case without prejudice to its refiling upon payment of the filing fee.

IT IS SO ORDERED.

    Dated:  __**April 27, 2020**__            _____
                                              UNITED STATES DISTRICT JUDGE

---

[1]  The court notes that plaintiff did not submit an application to proceed *in forma pauperis* but nonetheless appeared to allege in his complaint that he was in imminent danger of harm.  (Doc. No. 1 at 9.)  Accordingly, the magistrate judge considered and rejected plaintiff's eligibility to proceed under 28 U.S.C. § 1915(g)'s "imminent danger of serious physical injury" exception based upon the allegations of his complaint.  (Doc. No. 4 at 3.)