UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>Plaintiff,<br><br>v.<br><br>ESQUERRA, et al.,<br><br>Defendants. | No. 1:19-cv-01179-DAD-JLT (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE REQUIRED FILING FEE |

Plaintiff Jesse L. Youngblood is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 28, 2020, the court issued an order directing plaintiff to pay the required filing fee within thirty days of service of that order. (Doc. No. 7.) The allotted thirty days have since passed, and plaintiff has not paid the required filing fee, or otherwise communicated with the court.

/////
/////
/////
/////
/////

1

1 Accordingly,

1. This case is dismissed without prejudice due to plaintiff's failure to pay the required $400.00 filing fee; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __August 13, 2020__        _/s/ Dale A. Drozd_
                                  UNITED STATES DISTRICT JUDGE